# CHADBOURNE
# & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369



FILED
27 JUL 2010

Gerald D. Silver
Direct Tel: (212) 408-5260
gsilver@chadbourne.com

July 26, 2010

SO ORDERED
The conference is adjourned to
September 9, 2010 at 9:30 a.m.

27 JUL 2010

HON. George B. Daniels

**VIA FACSIMILE (212) 805-6737**

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 210
New York, NY 10007

### Re: <u>Capgemini U.S. LLC v. EC Manage, Inc., 10 Civ. 2486 (GBD)</u>

Dear Judge Daniels:

We represent plaintiffs Capgemini U.S. LLC and Capgemini Applications Services LLC (collectively, "Capgemini") in the above-referenced breach of contract action against defendants EC Manage, Inc. and TPX Global Corporation (collectively, "Defendants"). Defendants are in default. Capgemini is proceeding with a motion for a default judgment but needs to work through some damages issues before the motion is submitted.

Accordingly, we respectfully request that the pretrial conference currently scheduled for July 29, 2010 be adjourned. We also respectfully request that the conference be adjourned because I am lead counsel and I am scheduled to be away on vacation that day. We ask that the conference be rescheduled for August 19 or September 2, 2010 so that we have time to finalize and submit the motion for default judgment.

# CHADBOURNE
## & PARKE LLP

Honorable George B. Daniels　　　　　　-2-　　　　　　July 26, 2010

　　　　　This is the second request for an adjournment. On our first request, we asked that the status conference be adjourned from July 1, 2010 until July 21, 2010, and the request was granted with the conference scheduled for July 29, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　Gerald S. Silver

cc:　Rabi Chakraborty (Via E-mail)
　　　EC Manage, Inc.
　　　TPX Global Corporation