# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100    fax (212) 541 5369

Gerald D. Silver
Direct Tel: (212) 408-5260
gsilver@chadbourne.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 3 SEP 2010

September 3, 2010

SO ORDERED

The conference is adjourned to September 28, 2010 at 9:30 a.m.

*George B. Daniels* 3 SEP 2010
HON. GEORGE B. DANIELS

**VIA FACSIMILE (212) 805-6737**

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 210
New York, NY 10007

    Re:     **Capgemini U.S. LLC v. EC Manage, Inc., 10 Civ. 2486 (GBD)**

Dear Judge Daniels:

    We represent plaintiffs Capgemini U.S. LLC and Capgemini Applications Services LLC (collectively, "Capgemini") in the above-referenced breach of contract action against defendants EC Manage, Inc. and TPX Global Corporation (collectively, "Defendants"). Defendants are in default. Capgemini is proceeding with a motion for a default judgment but needs to work through some damages issues before the motion is submitted. Further, the initial status conference is scheduled for September 9, 2010, which is Rosh Hashanah.

    Accordingly, for both these reasons, we respectfully request that the conference currently scheduled for September 9, 2010 be adjoined until September 23, 2010.

# CHADBOURNE
## & PARKE LLP

Honorable George B. Daniels         -2-                    September 3, 2010

        This is the third request for an adjournment. Our prior requests were granted.

Respectfully submitted,

Gerald S. Silver

cc:  Rabi Chakraborty (Via E-mail)
     EC Manage, Inc.
     TPX Global Corporation