# CHADBOURNE
# & PARKE LLP

Gerald D. Silver
Direct Tel: (212) 408-5260
gsilver@chadbourne.com

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 28 SEP 2010
```

September 23, 2010

**SO ORDERED**
The conference is adjourned to
October 14 at 10:00 a.m.

2 7 SEP 2010

HON. GEORGE B. DANIELS

**VIA FACSIMILE (212) 805-6737**

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 210
New York, NY 10007

Re:   <u>Capgemini U.S. LLC v. EC Manage, Inc., 10 Civ. 2486 (GBD)</u>

Dear Judge Daniels:

We represent plaintiffs Capgemini U.S. LLC and Capgemini Applications Services LLC (collectively, "Capgemini") in the above-referenced breach of contract action against defendants EC Manage, Inc. and TPX Global Corporation (collectively, "Defendants"). <u>Defendants are in default</u>.

Capgemini is proceeding with a motion for a default judgment but needs to work through some damages issues before the motion is submitted. After conferring with Chambers, we requested that the last conference (which had been scheduled on Rosh Hashanah) be adjourned until September 23, 2010, which Chambers told us was an open date.

Unfortunately, the conference was rescheduled for September 28, 2010, when I am scheduled to be in Dallas, Texas for depositions scheduled some time ago. As I am the attorney most familiar with the case, we respectfully request that the conference be rescheduled one last time. We ask that the conference be rescheduled for October 12 or 14, 2010, which Chambers has informed us are open dates.

# CHADBOURNE
## & PARKE LLP

Honorable George B. Daniels               -2-                        September 23, 2010

This is the fourth request for an adjournment. Our prior requests were granted.

Respectfully submitted,

*Gerald S. Silver*

Gerald S. Silver

cc: Rabi Chakraborty (Via E-mail)
    EC Manage, Inc.
    TPX Global Corporation