UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CAPGEMINI U.S. LLC, individually and as assignee of  :
claims of certain contractors of EC Manage Inc., and  :
CAPGEMINI APPLICATIONS SERVICES LLC,  :
                                                                                    :
                               Plaintiffs,   :
                                                                                    :
   -v-                                                                  :
                                                                                    :
EC MANAGE INC. and TPX GLOBAL            :
CORPORATIO,N                                                      :
                              Defendants.  :
                                                                                    :
                                                                                    :
                                                                                    :
                                                                                    :
                                                                                    :
------------------------------------------------------------------ :
GEORGE B. DANIELS, District Judge:           :
                                                                                 x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

10 CV 02486 (GBD)(HBP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___  Settlement

_X_  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Dated: October 13, 2010

SO ORDERED:

*George B. Daniels*
United States District Judge