**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CAPGEMINI U.S. LLC, individually and as assignee of claims of certain contractors of EC Manage Inc., and CAPGEMINI APPLICATIONS SERVICES LLC,

                        Plaintiffs,

-v-

EC MANAGE INC. and TPX GLOBAL CORPORATION

                        Defendants.

---

ORDER

10 CV 02486 (GBD)

GEORGE B. DANIELS, District Judge:

    This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendants by personal service on Robbie Chakraborty, Manager for EC Manage and TPX Global, pursuant to Fed. R. Civ. P. 4(h)(1), and a proof of service having been filed, and the defendants having failed to answer, appear or otherwise move with respect to the Summons and Complaint and the time for appearing, answering or moving having expired, it is hereby

    ORDERED, ADJUDGED AND DECREED that plaintiffs have judgment against the defendants; and it is further

    ORDERED, ADJUDGED AND DECREED that this matter be and is hereby referred to Magistrate Judge Henry B. Pitman for an inquest on damages.

Dated: New York, New York
         October 13, 2010

                                            SO ORDERED:

                                            GEORGE B. DANIELS
                                            United States District Judge